**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

SIMA MANGUE JESUS NDONG,

Petitioner,

v.

TODD BLANCHE, *et al.*,

Respondents.

Case No.: 2:26-cv-03144-RFB-BNW

**ORDER**

Since the entry of the Standard Procedures for *Pro Se* Immigration Habeas Petitions Order (ECF No. 3), it has come to the Court's attention that Petitioner, Sima Mangue Jesus Ndong, has another habeas proceeding pending in this District: N Donq Mangue v. DHS, No. 2:26-CV-00586-CDS-DJA.

Accordingly, **IT IS HEREBY ORDERED** that, on or before October 9, 2026, Petitioner, with the assistance of counsel, must indicate whether Petitioner intends to proceed with their petition in the instant case, or in Petitioner's duplicate proceeding pending before this Court. See N Donq Mangue v. DHS, No. 2:26-CV-00586-CDS-DJA.

**DATED:** October 5, 2026.

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**